IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON LOZADA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN WETZEL, Secretary, | : | |
| Pa. Dept. of Corrections, THE | : | NO. 15-2640 |
| DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF PHILADELPHIA and | : | |
| THE ATTORNEY GENERAL OF THE | : | |
| STATE OF PENNSYLVANIA | : | |

# ORDER

**NOW**, this 22nd day of December, 2016, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the response, the reply, the response to petitioner's reply brief, the reply to respondent's November 9, 2015 response, and the petitioner's memorandum of law addressing the Pennsylvania Superior Court's decision affirming the denial of his PCRA petition, and after a review of the record, it is **ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED**.

**IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.

    /s/ Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.